# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1326
_____

JEFFREY B WAGNER,

Appellant,

v.

MARINERS LANDING
HOMEOWNERS ASSOCIATION
PHASE III, INC.,

Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Jonathan Eric Sjostrom, Judge.


June 5, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Sirianni, Jr. of Brownstone, P.A., Winter Park, for Appellant.

David K. Minacci of Manausa, Shaw & Minacci, P.A., St. George Island, for Appellee.